THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK
SHIPSTON, Respondent, *v.* MAXWELL M. THOMPSON,
as Mayor of the City of Niagara Falls, et al., Appellants.

*Municipal corporations — mandamus to compel meeting of city council
to appoint day for holding special election under Optional City
Government Law.*

*People ex rel. Shipston* v. *Thompson,* 196 App. Div. 923, affirmed.
(Argued April 22, 1921; decided April 26, 1921.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered March 28, 1921, which unanimously
affirmed an order of Special Term granting a motion
for a writ of mandamus to compel the defendants to
convene a meeting of the city council of the city of
Niagara Falls and appoint a day for holding a special
election to submit to the electors of said city the question
of adopting a form of government defined as Plan F in
the Optional City Government Law. Defendants con-
tended that said law had been rendered inoperative as
to the city of Niagara Falls by the enactment of chapter
530 of the Laws of 1916, the present charter of said city.

*Robert J. Moore* for appellants.
*Augustus Thibaudeau* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND, MCLAUGHLIN and ANDREWS, JJ.

---

FLOYD KENT, Respondent, *v.* ERIE RAILROAD COMPANY,
Appellant.

(Submitted April 18, 1921; decided April 26, 1921.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements.    (See 228 N. Y. 94.)